**Federal Defenders
OF NEW YORK, INC.**

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director
and Attorney-in-Chief*

Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

July 28, 2020

**BY ECF**

Honorable Paul G. Gardephe
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

MEMO ENDORSED

The Application is granted.

SO ORDERED:

/s/ Paul G. Gardephe
Paul G. Gardephe, U.S.D.J.

Dated: July 29, 2020

Re:   United States v. Byron Roberts, 20 Cr. 344 (PGG)

Honorable Judge Gardephe:

      I write without objection from the Government, and at the suggestion of U.S. Pretrial Services Officer Joshua Rothman, to request that you modify Mr. Roberts' bond by replacing the condition of home detention with a curfew to be set at Pretrial Services' discretion.

      Mr. Roberts was arrested on March 13, 2020 pursuant to a one-count complaint alleging his participation in a narcotics conspiracy. He was released on March 17, 2020 under conditions including: a $50,000 personal recognizance bond signed by two financially responsible people and one signer for moral suasion, home detention enforced by GPS monitoring, and travel restricted to the Southern and Eastern Districts of New York. According to Pretrial Services, Mr. Roberts has had no compliance issues since his release.

      After his release, Mr. Roberts returned to work as a home health aide. His job frequently requires that he travel locally with his patient. As a result, Pretrial Services recommends a downgrade from home detention—which contemplates stationary employment at one location—to a curfew, with hours to be set at Pretrial's discretion. The curfew, like Mr. Roberts' home detention, would be enforced by location monitoring/GPS. As noted, Pretrial proposed this modification, and the Government does not object to it. Thank you for considering it.

Respectfully submitted,

/s/ Ariel Werner
Ariel Werner
Assistant Federal Defender
(212) 417-8770

CC:   AUSA Emily Johnson
       U.S. Pretrial Services Officer Joshua Rothman