UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

- against -

BYRON ROBERTS,

Defendant.

**ORDER**

20 Cr. 344 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

The conference currently scheduled for **October 5, 2020 at 2:00 p.m.** will take place by telephone. The parties are directed to dial 888-363-4749 to participate, and to enter the access code 6212642. The press and public may obtain access to the telephone conference by dialing the same number and using the same access code. To the extent that any party's contact information has changed since the July 17, 2020 conference, the party must email Michael_Ruocco@nysd.uscourts.gov and GardepheNYSDChambers@nysd.uscourts.gov the phone number that the party will be using to dial into the conference so that the Court knows to un-mute that number. The email should be sent by **October 1, 2020** and include the case name and case number in the subject line.

Dated: New York, New York
       September 29, 2020

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge