# Federal Defenders
## OF NEW YORK, INC.

52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Southern District

---

David E. Patton
*Executive Director
and Attorney-in-Chief*

Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

December 23, 2020

**BY ECF**
Honorable Paul G. Gardephe
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

**Memo Endorsed:** The bail modification application is granted. SO ORDERED.

_Paul G. Gardephe_ (signature)
Paul G. Gardephe
United States District Judge

Dated: December 29, 2020

Re:   United States v. Byron Roberts, 20 Cr. 344 (PGG)

Honorable Judge Gardephe:

I write, jointly with the Government, to request a 30-day adjournment of the conference scheduled for Tuesday, January 5, 2021 in the above-captioned case. The parties are currently in the midst of plea negotiations with the goal of resolving this case pretrial and would benefit from an additional month. The parties consent to the exclusion of time under the Speedy Trial Act through the next conference date scheduled by the Court.

I also write, at the suggestion of Pretrial Services and without objection from the Government, to request that Mr. Roberts's conditions of release be modified to remove the requirements of a curfew and location monitoring. Mr. Roberts has been on pretrial release since March 17, 2020, four days after his arrest. He was initially released with the condition of home detention, enforced by GPS monitoring. On July 29, 2020, at the suggestion of Pretrial and without objection from the Government, the Court granted Mr. Roberts's request to modify the condition of home detention to a curfew. Since his release in March, Mr. Roberts has had no issues on supervision, and location monitoring is an unnecessary condition of his continued release. As noted, Pretrial suggested this modification, and the Government does not object to it.

Thank you for your consideration of these requests.

Respectfully submitted,

/s/ Ariel Werner
Ariel Werner
Assistant Federal Defender
(212) 417-8770

CC:   AUSA Emily Johnson
      U.S. Pretrial Services Officer Joshua Rothman