UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

       -against-

BYRON ROBERTS,

               Defendant.

**ORDER**

20 Cr. 344 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

      It is hereby ORDERED that the status conference previously scheduled for January 5, 2021 is adjourned to **February 4, 2021 at 10:00 a.m.**  The Clerk of Court is directed to terminate Dkt. No. 23.

      With the consent of Byron Roberts, by and through his counsel, Ariel Werner, and of the Government, it is further ORDERED that the time from December 29, 2020 through February 4, 2021 is excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), in the interests of justice.  The ends of justice served by the granting of this continuance outweigh the interest of the public and the Defendant in a speedy trial, because it will permit the Defendant to continue reviewing discovery materials and allow the parties to continue discussions regarding a potential pretrial disposition of this matter.

Dated: New York, New York
       December 29, 2020

                                    SO ORDERED.

                                    Paul G. Gardephe
                                    United States District Judge