UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

BYRON ROBERTS,

Defendant.

**ORDER**

20 Cr. 344 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

It is hereby ORDERED that the Defendant's sentencing will take place on **October 29, 2021 at 3:00 p.m.** in Courtroom 705 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York. Any submissions on behalf of the Defendant are due by **October 15, 2021**. The Government's submission is due by **October 22, 2021.**

Dated: New York, New York
       February 11, 2021

SO ORDERED.

Paul G. Gardephe
United States District Judge