**Federal Defenders OF NEW YORK, INC.**

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director
and Attorney-in-Chief*

Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

October 4, 2021

**BY ECF**

Honorable Paul G. Gardephe
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

Re:   United States v. Byron Roberts, 20 Cr. 344 (PGG)

Honorable Judge Gardephe:

I write with the consent of the Government to request a six-week adjournment of Mr. Roberts' sentencing, which is presently scheduled for Friday, October 29, 2021. I recently returned to the office from parental leave and require additional time to gather materials in support of Mr. Roberts' sentencing submission. Thank you for your consideration of this request.

Respectfully submitted,

/s/ Ariel Werner
Ariel Werner
Assistant Federal Defender
(917) 751-2050

CC:   AUSA Emily Johnson

**Memo Endorsed:** This application is granted. The sentencing of Defendant Roberts is adjourned to December 10, 2021 at 3:00 p.m.

SO ORDERED.

_/s/ Paul G. Gardephe_
Paul G. Gardephe
United States District Judge
Dated: October 4, 2021